GAETANO DI PALMA v. GEORGE CARRARO; JOHN J. MCCLOSKEY, JR., as Sheriff of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 659.]

TERESA LO VERDE, as Administratrix of the Estate of ANGELO LO VERDE, Deceased, v. FOUR SIXTY-NINE REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs, and stay contained in the order to show cause dated April 19, 1945, continued pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 692.]

FRANK J. NUSSBAUM et al., Copartners Doing Business under the Name of F. J. NUSSBAUM & Co., v. SAMUEL SOBEL, Doing Business under the Name of PLASTIQUE COMPANY. SAM SOBEL, Doing Business under the Name of PLASTIQUE COMPANY, v. FRANK J. NUSSBAUM et al., Copartners Doing Business under the Name of F. J. NUSSBAUM & Co.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 105.]

RUDOLPH WURLITZER Co. v. RETURN LOADS BUREAU, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 738.]

In the Matter of MAX J. LE BOYER, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (May 11, 1945.)

WILLIAM H. SILK, Appellant, v. LOUIS W. ABRONS et al., Respondents, et al., Defendants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 841.]

VINCENT CALISE, an Infant, by RALPH CALISE, His Guardian ad Litem, et al., Appellants, v. REVERE REALTY CORPORATION, Respondent, et al., Defendants. (Action No. 1.) VINCENT CALISE, an Infant, by RALPH CALISE, His Guardian ad Litem, Appellant, v. REVERE REALTY CORPORATION, Respondent, et al., Defendants. (Action No. 2.) — Judgments and orders unanimously affirmed, without costs. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 928.]

ALLAN L. MELHADO, Respondent, v. PISTELL WRIGHT & Co., LTD., et al., Appellants.— Judgment and order unanimously reversed, with costs, and the motion denied on the ground that there are issues of fact to be tried. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley, J., taking no part.

In the Matter of CHARLES NEIDECKER, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent. — Determination unanimously confirmed, with $50 costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.